UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN
REGIONAL COUNCIL OF
CARPENTERS' EMPLOYEE
BENEFITS FUND, ET AL.,

        CASE NO. 17-CV-10816
        HON. GEORGE CARAM STEEH

    Plaintiffs,

v.

INFINITY HOMESCAPES,
LLC, ET AL.,

    Defendants.
_____/

## ORDER RE DISCOVERY DISPUTE

On October 5, 2017, the parties appeared telephonically for a conference regarding the parties' discovery dispute. The dispute was summarized by both parties in written submissions which the court has duly considered. Appearing by telephone were Defendants' counsel, Josie Lewis, and Plaintiffs' counsel, Bryan Beckerman and David Malinowski. As a result of the discussions therein, the parties agreed that Defendants Infinity Homescapes, LLC, Jamey Woodson and Josie Lewis, would consent to an audit to be conducted as soon as possible, preferably in the next week, and that Defendants will produce all documents at the offices of

- 1 -

Plaintiffs' counsel for copying at Plaintiffs' expense within the same timeframe. Lewis argued that certain documents requested were irrelevant, but the court overruled that argument and found that all of the documents discussed were relevant and should be produced. The court cautioned Lewis that her failure to cooperate in the discovery ordered would be grounds for immediate sanctions. Also, the court advised the parties that any further discovery disputes will be referred to the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 5, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 5, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk