UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL
COUNCIL OF CARPENTERS
EMPLOYEE BENEFITS
FUND, ET AL.,

        CASE NO. 17-CV-10816
  Plaintiffs,       HON. GEORGE CARAM STEEH

v.

INFINITY HOMESCAPES,
LLC, ET AL.,

  Defendants.
_____/

## ORDER DIRECTING CLERK TO STRIKE RESPONSE (Doc. 25)

IT IS ORDERED that the Clerk strike Defendants' response (Doc. 25) to Plaintiff's motion for summary judgment for failure to comply with Local Rule 5.1(a)(3) which requires 14-point font.

IT IS FURTHER ORDERED that Defendants comply with the requirements set forth in the court's scheduling order in this case (Doc. 10), which requires a courtesy copy of any submission exceeding 20 pages in

length, and any exhibits to such a submission must be securely fashioned thereto.

**IT IS SO ORDERED.**

Dated: March 9, 2018

s/George Caram Steeh
GEORGE CARAM STEEH

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 9, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk